197 P.2d 161]

[S. F. No. 17592.  In Bank.  Sept. 15, 1948.]

FRANK C. LIPPOLD et al., Respondents, v. MINNIE JOHNSON, Appellant.

Edises, Treuhaft & Condon and Bertram Edises for Appellant.

Granville T. Burke and Albert M. Hardie for Respondents.

[S. F. No. 17510.  In Bank.  Sept. 15, 1948.]

CARL O. BACK et al., Respondents, v. JOHNNIE YOUNG et al., Appellants.

Edises, Treuhaft & Condon and Bertram Edises for Appellants.

Breed, Robinson & Stewart and Bestor Robinson for Respondents.

[L. A. No. 19578.  In Bank.  Sept. 15, 1948.]

ALLAN H. THOMPSON et al., Respondents, v. ROLAND J. CLARKE et al., Appellants.

Loren Miller for Appellants.

Lindstrom & Bartlett for Respondents.